1  Lawrence J. Gornick (SBN 136290)
2  Emily Charley (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
5  Fax: (415) 981-1270

6
7
8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11  DUANE LONG,                          )   No. C 05 5266 MEJ
                                          )
12              Plaintiff,                )   Before the Honorable MARIA-ELENA JAMES
                                          )
13  vs.                                   )   [PROPOSED] ORDER VACATING
                                          )   AND/OR CONTINUING CASE
14                                        )   MANAGEMENT CONFERENCE
    ELI LILLY AND COMPANY,                )
15                                        )   Conference Date:   APRIL 20, 2006
                Defendant.                )   Conference Time:   10:00 a.m.
16                                        )   Location:          Courtroom B, 15TH Fl.

17      For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18  hereby continues the APRIL 20, 2006 Case Management Conference ("CMC") to

19  August 31, 2006            , at 10:00 a.m. . In the event the case is not transferred to the Honorable

20  Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21  *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22  Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

23
24      **IT IS SO ORDERED**

25
26      DATED:

27  April 11, 2006
                                              _____
28                                            HONORABLE MARIA-ELENA JAMES
                                              United States ~~District Court~~ Judge
                                                             Magistrate

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1