IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUANE LONG,                                                  No. C 05-5266 SBA

        Plaintiff,                                       **ORDER**

  v.

ELI LILLY AND COMPANY,

        Defendant.
_____/

On June 15, 2006, the parties filed a Joint Case Management Conference Statement, advising the Court that on May 1, 2006, Judicial Panel on Multi-District Litigation ("MDL Panel") entered a conditional transfer order regarding a transfer of this action to *In re Zyprexa Products Liability Litigation*, MDL No. 1596 [Docket Nos. 12, 13].

Good cause appearing,

IT IS HEREBY ORDERED THAT this action is STAYED in its entirety pending a ruling on the transfer of this action to *In re Zyprexa Products Liability Litigation*, MDL No. 1596. All dates and deadlines established in this matter, including the Case Management Conference, are VACATED.

IT IS SO ORDERED.

Dated: 6/21/06

                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge